**Edith VILLARRUBIA, wife of/and; John G. Villarrubia, Plaintiffs–Appellants**

v.

**ENCOMPASS INDEMNITY COMPANY, Defendant–Appellee.**

No. 11–30638.

United States Court of Appeals, Fifth Circuit.

July 17, 2012.

Jerome Milton Volk, Jr., Esq., D'Aquila, Volk, Mullins & Contreras, Kenner, LA, for Plaintiffs–Appellants.

Scott Glynn Jones, Esq., Inabnet & Jones, L.L.C., Mandeville, LA, for Defendant–Appellee.

Before JOLLY, HIGGINBOTHAM, and DENNIS, Circuit Judges.

PER CURIAM: *

Edith and John Villarrubia appeal the district court's grant of summary judgment to Encompass Indemnity Company on the Villarrubias' insurance claim. After thoroughly reviewing the record and considering the arguments presented both in the briefs and at oral argument, our de novo review convinces us that the district court correctly decided the summary judgment motion in all particulars. Accordingly, we affirm the judgment of the district court essentially for the reasons stated in its Order and Reasons for Summary Judgment issued May 18, 2011.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.